IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SHAWN CHRISTIAN MURRAY,           :
                                                            :
          Petitioner                             :
                                                            :
     v.                                                 :          CIVIL NO. 4:CV-14-256
                                                            :
WARDEN KEEN, ET AL.,               :          (Judge Brann)
                                                            :
          Respondents                        :

## ORDER

April 1, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1.     In accordance with the Petitioner's Notice of Election  (Doc. 6)

        to discontinue this action, the instant petition is **DEEMED**

        **WITHDRAWN**.

2.     **DISMISSAL IS WITHOUT PREJUDICE** and Murray may

        file another § 2254 petition raising all grounds for relief from

        his conviction within the one (1) year statutory period

        prescribed by  28 U.S.C. § 2244(d)(1).

3.     The Clerk of Court is directed to **CLOSE** this case.

1

4.      There is no basis for the issuance of a Certificate of

Appealability.


        BY THE COURT:


        S/MATTHEW W. BRANN
        Matthew W. Brann
        United States District Judge